■ VANESSA DERRELL, an Infant, by Her Mother and Natural Guardian, LUCY DERRELL, et al., Respondents, v NASSAU COUNTY MEDICAL CENTER et al., Appellants.—In a negligence action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Nassau County, dated May 18, 1979, which (1) granted plaintiffs' motion for summary judgment on the issue of liability, and (2) directed a trial on the issue of damages. Order affirmed, with $50 costs and disbursements. In this *res ipsa loquitur* case, plaintiffs' proof, unrebutted by the defendants, is so convincing that the inferences arising therefrom, that defendants were negligent and the infant plaintiff was free from contributory negligence, are inescapable. Accordingly, the order granting summary judgment should be affirmed. (See *Horowitz v Kevah Konner, Inc.,* 67 AD2d 38; *Richard Equip. Corp. v Manhattan Ind. Contr. Co.,* 9 AD2d 691.) Mollen, P. J., Titone, Rabin, Gulotta and Gibbons, JJ., concur.

■ EMIN DULGER, Appellant, v CITY OF NEW YORK, Respondent.—Appeal by plaintiff from an order of the Supreme Court, Kings County, dated June 22, 1979, which granted defendant's motion to vacate a default judgment. Order affirmed, without costs or disbursements. It was not an abuse of discretion for the court to grant the motion to vacate the default judgment. Mollen, P. J., Titone, Rabin, Gulotta and Gibbons, JJ., concur.